<div style="display:flex;justify-content:space-between">
<div>
Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT
</div>
<div align="center">
**MAHONEY & KEANE, LLP**
*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com
</div>
<div>
Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252
</div>
</div>

July 31, 2007


RECEIVED
JUL 31 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**BY HAND**

THE HON. ROBERT P. PATTERSON
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2550
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

MEMO ENDORSED

Re:  **SDNY Case No's:**
     **07 Civ. 959  (RPP)**
     **07 Civ. 2562 (RPP)**
     **07 Civ. 3104 (RPP)**
     **07 Civ. 6008 (RPP)**
     Indemnity Ins. Co. of N.
     Am. v. C.U. Transp.,
     Inc., & Related Actions
     *M/V EASLINE TIANJIN*
     Our File No.: 12/3368

Honorable Sir:

    We represent defendant KAWASAKI KISEN KAISHA LTD. (K-LINE) in the above-referenced actions.  Pursuant to Your Honor's individual rules of practice and the July 31, 2007 deadline previously set by the Court, we enclose courtesy copies of K-LINE's Notice of Motion to dismiss pursuant to the forum-selection agreement contained in the K-LINE bill of lading, as well as a supporting Declaration and Memorandum of Law.

    However, we have learned that additional claims, including, but perhaps not limited to, the action now pending under 07 Civ. 6008, have been or shortly will be filed in connection with this loss, and K-LINE's time to answer them has not yet even run.  But we believe the resolution of the additional claims, as far as the United States proceedings are concerned, would likely be guided by the Your Honor's decision on the enclosed motion, in any event.

    Accordingly, we request that K-LINE's time to move with respect to venue in the new claims be extended until 30 days from the time of the Court's ruling on the pending motion.

*application granted*
*So ordered*
*Robert P Patterson*
*7/31/07  USDJ*

We thank the Court for its consideration.

                                Respectfully submitted,

                                MAHONEY & KEANE, LLP

                       By: _____
                           Garth S. Wolfson

cc (via fax, w/out encl's):

    DAVID L. MAZAROLI, ESQ.
    11 Park Place
    New York, New York 10005
    Fax: (212) 732-7352

    McDERMOTT & RADZIK, LLP
    Wall Street Plaza
    88 Pine Street
    New York, New York 10005
    Fax: (212) 376-6490

    BADIAK & WILL, LLP
    106 Third Street
    Mineola, New York 11501
    Fax: (516) 877-2230

    CASEY & BARNETT LLC
    317 Madison Avenue, 21st Floor
    New York, New York 10017
    Fax: (212) 286-0261

    CICHANOWICZ, CALLAN, KEANE,
    VENGROW & TEXTOR LLP
    61 Broadway, 30th Floor
    New York, New York
    Fax: (212) 344-7285

    HILL RIVKINS & HAYDEN, LPP
    45 Broadway, Suite 1500
    New York, New York 10006
    Fax: (212) 669-0698