UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
INDEMNITY INSURANCE COMPANY OF            07 CV 6008 (RPP)
NORTH AMERICA a/s/o G-III APPAREL
GROUP, LTD.,

                  Plaintiffs,              RULE 7.1 STATEMENT

    -against-

KAWASAKI KISEN KAISHA CO., LTD.
d/b/a K-LINE; M.V. EASLINE TIANJIN,
her engines, boilers, etc.,

                  Defendants.
----------------------------------------X

        Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant KAWASAKI KISEN KAISHA LTD. d/b/a K-LINE, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of KAWASAKI KISEN KAISHA LTD. d/b/a K-LINE.

Dated:  New York, N.Y.
       August 2, 2007

                                           GARTH S. WOLFSON (GW 7700)