# CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER L. DEININGER*

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

August 27, 2007



Via Telecopier 212-805-7917

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Indemnity Ins. Co of North America v. M/V Easline Tianjin*
07 cv 6008 (RPP)
MK Ref: 12/3368
Our Ref: 115-800

Dear Judge Patterson:

We represent the plaintiff in the referenced action, which has been consolidated with other claims Your Honor is handling on the subject vessel. Prior to the commencement of this action, the parties in the other actions set a motion schedule in regard to defendant K-Line's motion to dismiss pursuant to the forum selection clause contained in its bill of lading.

While we are not party to that set of motions, we have agreed to be bound by the results of the Court's decision.

There is an initial pre-trial conference scheduled in this matter for tomorrow morning, August 28, 2007 at 9:00 am. In light of the foregoing, we respectfully request that the conference be adjourned until the pending motion is decided. Counsel for defendant joins in this request.

Respectfully submitted,

CASEY & BARNETT, LLC

Martin F. Casey

via telecopier 212-385-1605

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

cc: Garth Wolfson, Esq.

*Application granted. So ordered.*

/s/ Robert P. Patterson
USDJ
8/27/07