USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

**BADIAK & WILL, LLP**

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

AUG 3 0 2007

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

## VIA TELEFAX: 212-805-7917

August 30, 2007

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSE**

Re:  (2) Insurance Company of North America v.
CU Transport, Inc., China United Transport, Inc.,
Kawasaki Kisen Kaisha Ltd., K-Line;
M/V "EASLINE TIANJIN", etc.
07 Civ 959 (RPP)

(3) Reed & Barton Corporation v.
M.V. Easline Tianjin, in rem, and Yang
Ming Transport Corp. and
Unifreight Forwarder Inc
07 Civ. 1357 (RPP)

(4) American Home Assurance Co. et al. v.
Easline Tianjin, et. al.
07 Civ. 2562 (RPP)

(5) The Travelers, et al. v. M/V EASLINE TIANJIN, et al.
07 Civ (RPP)

(6) Klaussner International LLC v. MV EASLINE
TIANJIN, etc., et ano.
07 Civ. 3180 (RPP)
Our Ref.: 07-T-001-JK

Hon. Robert P. Patterson, Jr.
August 30, 2007

Honorable Robert P. Patterson, Jr.:

We represent the plaintiffs in the action referred to above as (5) and refer to Messers. Hill Rivkins & Hayden, LLP, letter to Your Honor dated August 23, 2007, in which an application was made on behalf of all counsel to request a two week extension until September 14, 2007, for all plaintiffs to file opposition papers to Yang Ming's Motions to Dismiss. As your Honor is aware, two other defendants have filed similar Motions to Dismiss, Hyundai Merchant Marine Co., Ltd.("Hyundai") and Kawasaki Kisen Kaisha, Ltd. ("K-Line"). We are writing on behalf of the other plaintiffs in the consolidated actions and with the consent of counsel for Hyundai and K-Line to request an identical two week extension for all plaintiff's to file opposition papers to defendants Hyundai and K-Line's Motions to Dismiss.

We make this application as counsel are, as mentioned in Messers. Hill, Rivkin's letter as aforesaid, are engaged in productive settlement discussions and the additional time would permit the parties the opportunity to ascertain if these matters can be resolved on an amicable basis. We would also respectively suggest it would be most convenient to have plaintiffs' oppositions to the pending motions returnable at the same time.

We request that Your Honor favorable consider this request.

Respectfully submitted,

BADIAK & WILL, LLP

By: _____
James P. Krauzlis, Esq.

cc:

**ALL COUNSEL OF RECORD VIA TELEFAX**

*application granted all plaintiffs may file opposition to defendants motion to dismiss by 9/28/07 So ordered*

*So Ord Robt P Patterson*
*USDJ*
*9/30/07*