```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA,

                Plaintiff,

    -against-

M/V "EASLINE TIANJIN," her engines, boilers, etc.
KAWASAKI KISEN KAISHA, LTD., CHINA UNITED
TRANSPORT INC., C.U. TRANSPORT INC., and
JC TRANS LOGISTICS, INC.,

                Defendants.
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA, as subrogor of G-III Apparel Group, Ltd.,

                Plaintiff,

    -against-

M/V "EASLINE TIANJIN," her engines, boilers, etc.
KAWASAKI KISEN KAISHA, LTD.,

                Defendants.
-----------------------------------------------------------X

07 **CIVIL** 0959 (RPP)

**JUDGMENT**

07 **CIVIL** 6008 (RPP)

    Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Robert P. Patterson, United States District Judge, and the Court, on February 13, 2008, having rendered its Opinion and Order granting defendants' motions to dismiss, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2008, defendants' motions to dismiss are granted.

**Dated:** New York, New York
        February 15, 2008

                                    **J. MICHAEL McMAHON**
                                    **Clerk of Court**
                     BY:
                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____